# SUPREME COURT OF HAWAIʻI

Kekona v. Bornemann . . . . . . . . . . . . SCWC–   07/06/2015   Granted      135 Hawaiʻi 254,
29036                                                 349 P.3d 361